# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2024

## NO. 03-23-00707-CV

**Y. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on October 23, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.